## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LARRY RUSH, | : | |
|  | : | Civil Action No. 11-2724 |
|  | : | |
| Plaintiff, | : | Hon. Joseph H. Rodriguez |
|  | : | |
| v. | : | **ORDER** |
|  | : | |
| MICHAEL WISEMAN, CHISTI | : | |
| CHARPENTIER, MAUREEN KEARNEY | : | |
| ROWLEY, ELLEN T. GREENLEE and | : | |
| THE HONORABLE ANITA B. BRODY, | : | |
|  | : | |
| Defendants. | : | |
|  | : | |

This matter having been opened to the Court on *pro se* Plaintiff Larry Rush's Complaint; and the Court having considered the submissions of the Plaintiff; and for the reasons explained in the Opinion of even date; and for good cause shown;

IT IS on this 21st day of August 2024 hereby

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is granted and that the Complaint shall be filed; and it is further

**ORDERED** that the complaint is DISMISSED WITH PREJUDICE for failure to state a claim, 28 U.S.C. § 1915(e)(2)(B)(ii); and it is finally

**ORDERED** that the Clerk of the Court shall serve Plaintiff with copies of this Opinion and Order via regular mail and mark this case CLOSED.

*s/ Joseph H. Rodriguez*
**HON. JOSEPH H. RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**